```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

FILED

2005 SEP 15 P 1: 55

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO

BY_____
        DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>BOBBY CRESPIN,<br><br>                Defendant. | CR.NO. 1: 05 CR 0 0 3 2 1 OWW<br><br>EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 15, 2005, charging the above defendant with a violation of Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except

when necessary for the issuance and execution of the warrant.

DATED: September _15_ 2005           Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By _Kimberly A Kelly_
KIMBERLY A. KELLY
Assistant U.S. Attorney

ORDERED as prayed this _15th_ day of September 2005

_____
U.S. Magistrate Judge

2