```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. KELLY
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone: (559) 498-7272
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,    )    Case No. 1:05-cr-00321 OWW
                                 )
10              Plaintiff,       )
                                 )
11         v.                    )    REQUEST BY THE UNITED
                                 )    STATES TO UNSEAL
12  BOBBY CRESPIN,               )    INDICTMENT
                                 )
13              Defendant.       )
    _____)
14
```

15      Comes now the United States, by and through its attorneys of

16 record, McGregor W. Scott, United States Attorney, and Kimberly

17 A. Kelly, Assistant United States Attorney, and request leave of

18 the Court to unseal the Indictment in the above-referenced

19 matter.

20 DATED: September 30, 2005            Respectfully submitted,

21                                     McGREGOR W. SCOTT
                                       United States Attorney
22

23                              By    /s/Kimberly A. Kelly
                                      KIMBERLY A. KELLY
24                                    Assistant U.S. Attorney

25      IT IS SO ORDERED.

26   **Dated:   September 30, 2005**            **/s/ Dennis L. Beck**
     3b142a                              UNITED STATES MAGISTRATE JUDGE
27

28

                                    1