(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
    BOBBY CRESPIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>BOBBY CRESPIN,<br><br>    Defendant. | Case No.: **CR-F-05-00321 OWW**<br><br>**SUBSTITUTION OF ATTORNEYS AND PROPOSED ORDER** |

   Defendant, BOBBY CRESPIN, hereby requests leave of court to substitute ROGER T. NUTTALL of the law firm of NUTTALL & COLEMAN as his attorney in place and stead of ROBERT RAINWATER, ESQ., of the Federal Defender's Office.

   DATED: January 13, 2006.

                              /s/ Bobby Crespin
                              _____
                              BOBBY CRESPIN

I CONCUR WITH SAID SUBSTITUTION.

   DATED: January 13, 2006.

                              /s/ Robert Rainwater
                              _____
                              ROBERT RAINWATER
                              Federal Defender's Office

///

1  I AGREE TO THE ABOVE SUBSTITUTION.
2      DATED: January 13, 2006.
3                                      NUTTALL & COLEMAN
4                                      /s/ Roger T. Nuttall
                                   By: _____
5                                      ROGER T. NUTTALL
6
                                   *********
7
                                   **O R D E R**
8
9      Good cause appearing,
10     **IT IS HEREBY ORDERED** that ROBERT RAINWATER, ESQ., of the
11 Federal Defender's Office, is hereby relieved as attorney of
12 record in this matter, and ROGER T. NUTTALL of the law firm of
13 NUTTALL & COLEMAN is substituted in as attorney of record for
14 Defendant, BOBBY CRESPIN.
15     DATED: _____Jan 25,_____, 2006.
16
17                                 /s/ OLIVER W. WANGER
                                   _____
18                                      OLIVER W. WANGER
                                   Judge, United States District Court
19
20
21
22
23
24
25
26
27
28

2