1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A.KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00321 OWW
                               )
12            Plaintiff,       ) STIPULATION AND [PROPOSED]
                               ) ORDER FOR CONTINUANCE
13       v.                    )
                               )
14 BOBBY CRESPIN,              )
                               )
15            Defendants.      )
   _____)
16

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Kimberly A. Kelly, Assistant U.S.

19 Attorney and Robert Rainwater, attorney for defendant, that the

20 government's response to the Motions To Suppress will be due on

21 July 19, 2006.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

```
1  Dated: July 17, 2006                    Respectfully submitted,

2                                          McGREGOR W. SCOTT
                                           United States Attorney
3
                                     By    /s/ Kimberly A. Kelly
4                                          KIMBERLY A. KELLY
                                           Assistant U.S. Attorney
5
   Dated: July 17, 2006                     /s/ Melody Walcott
6                                          ROBERT RAINWATER
                                           Attorney for Defendant
7  IT IS SO ORDERED.
```

**Dated:   July 21, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE